JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sky Shadow<br><br>          Plaintiff,<br><br>v.<br><br>Global Credit and Collection Corp.<br><br>          Defendants. | Case No. CV 15-09219-AB (JEMx)<br><br>ORDER DISMISSING CIVIL ACTION |

      THE COURT having been advised by counsel that the above-entitled action has been settled;

      IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 13, 2016                     _____
                                                ANDRÉ BIROTTE JR.
                                                UNITED STATES DISTRICT COURT JUDGE